**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Theodore L. Dailey |
| Debtor 2 (Spouse, if filing) | Charlotte A. Dailey |
| United States Bankruptcy Court for the: | Western District of Kentucky (State) |
| Case number | 17-30456-ACS |

# Form 4100R

## Response to Notice of Final Cure Payment                                  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information                    Statement / Response Date: 05/12/2020

**Name of creditor:** Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1 Certificates
c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 4-1, 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 7371

**Property address:** 3823 Jewell Ave
Number         Street

Louisville, Kentucky 40212
City                                State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3:  Postpetition Mortgage Payment

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Theodore L. Dailey | Case number (if known) | 17-30456-ACS |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

a. Total postpetition ongoing payments due: (a) $1,806.40

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $1,806.40

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   03/01/2020   MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri      Date  05/19/2020
Signature

Print   Mukta Suri
        First Name    Middle Name    Last Name        Title  Authorized Agent for Specialized Loan Servicing, LLC

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P.O. Box 9013
          Number    Street
          Addison, Texas 75001
          City            State        ZIP Code

Contact phone   (972) 643-6600       Email   POCInquiries@BonialPC.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 19, 2020 via electronic notice unless otherwise stated.

**Debtor**   *Via U.S. Mail*
Theodore L. Dailey
3823 Jewell Avenue
Louisville, KY 40212


**Debtor**   *Via U.S. Mail*
Charlotte A. Dailey
3823 Jewell Avenue
Louisville, KY 40212


**Debtors' Attorney**
Marc Levy
Attorney at Law
440 South 7th Street #200
Louisville, KY  40203-1967

**Chapter 13 Trustee**
William W. Lawrence
310 Republic Plaza
200 S. Seventh Street
Louisville, Kentucky 40202

Respectfully Submitted,

/s/  **Mukta Suri**                                               >>

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/17 | 06/01/15 | | | | | | | | | | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $0.00 | $230.00 | $15,275.00 | BEGINNING BAL |
| 03/01/17 | | | | | | | | | | $230.00 | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $0.00 | $0.00 | $15,275.00 | Fee Paid/Waived |
| 03/15/17 | | | | | | | | | | -$115.00 | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $0.00 | $115.00 | $15,275.00 | Fee Assessed |
| 04/12/17 | | | | | | | | | | -$11.35 | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $0.00 | $126.35 | $15,275.00 | Fee Assessed |
| 05/11/17 | | | | | | | | | | -$11.35 | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $0.00 | $137.70 | $15,275.00 | Fee Assessed |
| 06/15/17 | | | | | | | | | | -$11.35 | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $0.00 | $149.05 | $15,275.00 | Fee Assessed |
| 06/16/17 | | | | | | | -$28.56 | | | | $61,305.72 | -$2,558.10 | $0.00 | $0.00 | $28.56 | $149.05 | $15,275.00 | Late Charge Assessed |
| 06/20/17 | 06/01/15 | $682.30 | | $133.76 | $342.29 | $165.81 | | $40.44 | | | $61,171.96 | -$2,392.29 | $40.44 | $0.00 | $28.56 | $149.05 | $15,275.00 | Post Petition Payment |
| 07/18/17 | 07/01/15 | $682.30 | | $134.51 | $341.54 | $165.81 | | $40.44 | | | $61,037.45 | -$2,226.48 | $80.88 | $0.00 | $28.56 | $149.05 | $15,275.00 | Post Petition Payment |
| 08/08/17 | | | $583.13 | | | | | | $583.13 | | $61,037.45 | -$2,226.48 | $80.88 | $583.13 | $28.56 | $149.05 | $14,691.87 | trustee payment to suspense |
| 08/23/17 | 08/01/15 | $682.30 | | $135.26 | $340.79 | $165.81 | | $40.44 | | | $60,902.19 | -$2,060.67 | $121.32 | $583.13 | $28.56 | $149.05 | $14,691.87 | Post Petition Payment |
| 09/29/17 | | | | | | | | | | $11.35 | $60,902.19 | -$2,060.67 | $121.32 | $583.13 | $28.56 | $137.70 | $14,691.87 | Fee Paid/Waived |
| 09/29/17 | | | | | | | | | | $11.35 | $60,902.19 | -$2,060.67 | $121.32 | $583.13 | $28.56 | $126.35 | $14,691.87 | Fee Paid/Waived |
| 10/06/17 | 09/01/15 | $675.00 | | $136.01 | $340.04 | $165.81 | | $33.14 | | | $60,766.18 | -$1,894.86 | $154.46 | $583.13 | $28.56 | $126.35 | $14,691.87 | Post Petition Payment |
| 10/06/17 | 10/01/15 | $675.00 | | $136.77 | $339.28 | $165.81 | | $33.14 | | | $60,629.41 | -$1,729.05 | $187.60 | $583.13 | $28.56 | $126.35 | $14,691.87 | Post Petition Payment |
| 11/08/17 | | -$8.74 | | | | | | -$8.74 | $8.74 | | $60,629.41 | -$1,729.05 | $178.86 | $591.87 | $28.56 | $126.35 | $14,691.87 | A/O Entered Into |
| 11/14/17 | | | | | | -$437.69 | | | | | $60,629.41 | -$2,166.74 | $178.86 | $591.87 | $28.56 | $126.35 | $14,691.87 | county tax |
| 11/24/17 | 11/01/15 | $682.30 | | $137.54 | $338.51 | $165.81 | | $40.44 | | | $60,491.87 | -$2,000.93 | $219.30 | $591.87 | $28.56 | $126.35 | $14,691.87 | Post Petition Payment |
| 12/05/17 | 12/01/15 | | $42.37 | $138.30 | $337.75 | $149.45 | | | -$583.13 | | $60,353.57 | -$1,851.48 | $219.30 | $8.74 | $28.56 | $126.35 | $14,649.50 | Pre Petition Payment |
| 12/05/17 | 01/01/16 | | $1,219.47 | $139.08 | $336.97 | $165.81 | | | $577.61 | | $60,214.49 | -$1,685.67 | $219.30 | $586.35 | $28.56 | $126.35 | $13,430.03 | Pre Petition Payment |
| 12/22/17 | 02/01/16 | $682.00 | | $139.85 | $336.20 | $165.81 | | $40.14 | | | $60,074.64 | -$1,519.86 | $259.44 | $586.35 | $28.56 | $126.35 | $13,430.03 | Post Petition Payment |
| 01/09/18 | 03/01/16 | | $346.02 | $140.63 | $335.42 | $165.81 | | | -$295.84 | | $59,934.01 | -$1,354.05 | $259.44 | $290.51 | $28.56 | $126.35 | $13,084.01 | Pre Petition Payment |
| 01/09/18 | | | $60.40 | | | | | | $60.40 | | $59,934.01 | -$1,354.05 | $259.44 | $350.91 | $28.56 | $126.35 | $13,023.61 | trustee payment to suspense |
| 01/24/18 | 04/01/16 | $682.00 | | $141.42 | $334.63 | $165.81 | | $40.14 | | | $59,792.59 | -$1,188.24 | $299.58 | $350.91 | $28.56 | $126.35 | $13,023.61 | Post Petition Payment |
| 02/05/18 | | | | | | -$1,922.40 | | | | | $59,792.59 | -$3,110.64 | $299.58 | $350.91 | $28.56 | $126.35 | $13,023.61 | Homeowners/Fire/Hazard Paid |
| 02/07/18 | | | $42.37 | | | | | | $42.37 | | $59,792.59 | -$3,110.64 | $299.58 | $393.28 | $28.56 | $126.35 | $12,981.24 | trustee payment to suspense |
| 02/07/18 | | | $242.77 | | | | | | $242.77 | | $59,792.59 | -$3,110.64 | $299.58 | $636.05 | $28.56 | $126.35 | $12,738.47 | trustee payment to suspense |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/18 | 05/01/16 | $682.00 | | $142.21 | $333.84 | $165.81 | | $40.14 | | | $59,650.38 | -$2,944.83 | $339.72 | $636.05 | $28.56 | $126.35 | $12,738.47 | Post Petition Payment |
| 03/06/18 | 06/01/16 | | $114.47 | $140.35 | $341.75 | $179.60 | | | -$547.23 | | $59,510.03 | -$2,765.23 | $339.72 | $88.82 | $28.56 | $126.35 | $12,624.00 | Pre Petition Payment |
| 03/06/18 | 07/01/16 | | $655.81 | $141.16 | $340.94 | $179.60 | | | -$5.89 | | $59,368.87 | -$2,585.63 | $339.72 | $82.93 | $28.56 | $126.35 | $11,968.19 | Pre Petition Payment |
| 03/21/18 | 08/01/16 | $682.00 | | $141.97 | $340.13 | $179.60 | | $20.30 | | | $59,226.90 | -$2,406.03 | $360.02 | $82.93 | $28.56 | $126.35 | $11,968.19 | Post Petition Payment |
| 04/23/18 | 09/01/16 | $687.00 | | $142.78 | $339.32 | $179.60 | | $25.30 | | | $59,084.12 | -$2,226.43 | $385.32 | $82.93 | $28.56 | $126.35 | $11,968.19 | Post Petition Payment |
| 05/07/18 | | | $175.74 | | | | | | $175.74 | | $59,084.12 | -$2,226.43 | $385.32 | $258.67 | $28.56 | $126.35 | $11,792.45 | trustee payment to suspense |
| 05/07/18 | | | $30.68 | | | | | | $30.68 | | $59,084.12 | -$2,226.43 | $385.32 | $289.35 | $28.56 | $126.35 | $11,761.77 | trustee payment to suspense |
| 06/06/18 | | | $242.77 | | | | | | $242.77 | | $59,084.12 | -$2,226.43 | $385.32 | $532.12 | $28.56 | $126.35 | $11,519.00 | trustee payment to suspense |
| 06/06/18 | | | $42.37 | | | | | | $42.37 | | $59,084.12 | -$2,226.43 | $385.32 | $574.49 | $28.56 | $126.35 | $11,476.63 | trustee payment to suspense |
| 06/20/18 | 10/01/16 | $716.00 | | $143.60 | $338.50 | $179.60 | | $54.30 | | | $58,940.52 | -$2,046.83 | $439.62 | $574.49 | $28.56 | $126.35 | $11,476.63 | Post Petition Payment |
| 06/22/18 | 11/01/16 | $687.00 | | $144.42 | $337.68 | $179.60 | | $25.30 | | | $58,796.10 | -$1,867.23 | $464.92 | $574.49 | $28.56 | $126.35 | $11,476.63 | Post Petition Payment |
| 07/06/18 | 12/01/16 | | $346.02 | $139.69 | $355.23 | $179.60 | | | -$328.50 | | $58,656.41 | -$1,687.63 | $464.92 | $245.99 | $28.56 | $126.35 | $11,130.61 | Pre Petition Payment |
| 07/06/18 | | | $60.40 | | | | | | $60.40 | | $58,656.41 | -$1,687.63 | $464.92 | $306.39 | $28.56 | $126.35 | $11,070.21 | trustee payment to suspense |
| 07/31/18 | 01/01/17 | $715.00 | | $140.54 | $354.38 | $179.60 | | $40.48 | | | $58,515.87 | -$1,508.03 | $505.40 | $306.39 | $28.56 | $126.35 | $11,070.21 | Post Petition Payment |
| 08/06/18 | | | $64.66 | | | | | | $64.66 | | $58,515.87 | -$1,508.03 | $505.40 | $371.05 | $28.56 | $126.35 | $11,005.55 | trustee payment to suspense |
| 08/06/18 | 02/01/17 | | $370.48 | $141.39 | $353.53 | $179.60 | | | -$304.04 | | $58,374.48 | -$1,328.43 | $505.40 | $67.01 | $28.56 | $126.35 | $10,635.07 | Pre Petition Payment |
| 08/21/18 | 03/01/17 | $730.00 | | $142.24 | $352.68 | $179.60 | | $55.48 | | | $58,232.24 | -$1,148.83 | $560.88 | $67.01 | $28.56 | $126.35 | $10,635.07 | Post Petition Payment |
| 09/10/18 | | | $72.09 | | | | | | $72.09 | | $58,232.24 | -$1,148.83 | $560.88 | $139.10 | $28.56 | $126.35 | $10,562.98 | trustee payment to suspense |
| 09/10/18 | | | $413.05 | | | | | | $413.05 | | $58,232.24 | -$1,148.83 | $560.88 | $552.15 | $28.56 | $126.35 | $10,149.93 | trustee payment to suspense |
| 09/25/18 | 04/01/17 | $728.00 | | $143.10 | $351.82 | $179.60 | | $53.48 | | | $58,089.14 | -$969.23 | $614.36 | $552.15 | $28.56 | $126.35 | $10,149.93 | Post Petition Payment |
| 10/05/18 | 05/01/17 | | $516.30 | $143.96 | $350.96 | $179.60 | | | -$158.22 | | $57,945.18 | -$789.63 | $614.36 | $393.93 | $28.56 | $126.35 | $9,633.63 | Pre Petition Payment |
| 10/05/18 | | | $90.12 | | | | | | $90.12 | | $57,945.18 | -$789.63 | $614.36 | $484.05 | $28.56 | $126.35 | $9,543.51 | trustee payment to suspense |
| 11/06/18 | | | $144.19 | | | | | | $144.19 | | $57,945.18 | -$789.63 | $614.36 | $628.24 | $28.56 | $126.35 | $9,399.32 | trustee payment to suspense |
| 11/06/18 | 06/01/17 | | $826.09 | $143.01 | $356.12 | $183.17 | | | $143.79 | | $57,802.17 | -$606.46 | $614.36 | $772.03 | $28.56 | $126.35 | $8,573.23 | Pre Petition Payment |
| 11/06/18 | 07/01/17 | | | $143.89 | $355.24 | $183.17 | | | -$682.30 | | $57,658.28 | -$423.29 | $614.36 | $89.73 | $28.56 | $126.35 | $8,573.23 | Pre Petition Payment |
| 11/19/18 | | | | | | -$444.75 | | | | | $57,658.28 | -$868.04 | $614.36 | $89.73 | $28.56 | $126.35 | $8,573.23 | county tax |
| 11/26/18 | 08/01/17 | $1,501.00 | | $144.77 | $354.36 | $183.17 | | $818.70 | | | $57,513.51 | -$684.87 | $1,433.06 | $89.73 | $28.56 | $126.35 | $8,573.23 | Post Petition Payment |
| 11/26/18 | 09/01/17 | | | $145.66 | $353.47 | $183.17 | | -$682.30 | | | $57,367.85 | -$501.70 | $750.76 | $89.73 | $28.56 | $126.35 | $8,573.23 | Post Petition Payment |
| 11/26/18 | 10/01/17 | | | $146.56 | $352.57 | $183.17 | | -$682.30 | | | $57,221.29 | -$318.53 | $68.46 | $89.73 | $28.56 | $126.35 | $8,573.23 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/18 | 11/01/17 | $737.00 | | $147.46 | $351.67 | $183.17 | | $54.70 | | | $57,073.83 | -$135.36 | $123.16 | $89.73 | $28.56 | $126.35 | $8,573.23 | Post Petition Payment |
| 01/09/19 | | | $516.30 | | | | | | $516.30 | | $57,073.83 | -$135.36 | $123.16 | $606.03 | $28.56 | $126.35 | $8,056.93 | trustee payment to suspense |
| 01/09/19 | 12/01/17 | | $90.12 | $146.57 | $356.71 | $183.17 | | | -$596.33 | | $56,927.26 | $47.81 | $123.16 | $9.70 | $28.56 | $126.35 | $7,966.81 | Pre Petition Payment |
| 01/30/19 | | | | | | -$2,696.45 | | | | | $56,927.26 | -$2,648.64 | $123.16 | $9.70 | $28.56 | $126.35 | $7,966.81 | Homeowners/Fire/Hazard Paid |
| 02/01/19 | 01/01/18 | $737.00 | | $147.48 | $355.80 | $183.17 | | $50.55 | | | $56,779.78 | -$2,465.47 | $173.71 | $9.70 | $28.56 | $126.35 | $7,966.81 | Post Petition Payment |
| 02/06/19 | | | $72.09 | | | | | | $72.09 | | $56,779.78 | -$2,465.47 | $173.71 | $81.79 | $28.56 | $126.35 | $7,894.72 | trustee payment to suspense |
| 02/06/19 | | | $413.05 | | | | | | $413.05 | | $56,779.78 | -$2,465.47 | $173.71 | $494.84 | $28.56 | $126.35 | $7,481.67 | trustee payment to suspense |
| 02/28/19 | 02/01/18 | $737.00 | | $148.41 | $354.87 | $183.17 | | $50.55 | | | $56,631.37 | -$2,282.30 | $224.26 | $494.84 | $28.56 | $126.35 | $7,481.67 | Post Petition Payment |
| 03/06/19 | | | $90.12 | | | | | | $90.12 | | $56,631.37 | -$2,282.30 | $224.26 | $584.96 | $28.56 | $126.35 | $7,391.55 | trustee payment to suspense |
| 03/06/19 | 03/01/18 | | $516.30 | $149.33 | $353.95 | $183.17 | | | -$170.15 | | $56,482.04 | -$2,099.13 | $224.26 | $414.81 | $28.56 | $126.35 | $6,875.25 | Pre Petition Payment |
| 03/12/19 | 04/01/18 | $737.00 | | $150.27 | $353.01 | $183.17 | | $50.55 | | | $56,331.77 | -$1,915.96 | $274.81 | $414.81 | $28.56 | $126.35 | $6,875.25 | Post Petition Payment |
| 04/09/19 | | | $72.10 | | | | | | $72.10 | | $56,331.77 | -$1,915.96 | $274.81 | $486.91 | $28.56 | $126.35 | $6,803.15 | trustee payment to suspense |
| 04/09/19 | 05/01/18 | | $413.04 | $151.21 | $352.07 | $183.17 | | | -$273.41 | | $56,180.56 | -$1,732.79 | $274.81 | $213.50 | $28.56 | $126.35 | $6,390.11 | Pre Petition Payment |
| 04/22/19 | 06/01/18 | $737.00 | | $139.97 | $392.09 | $196.67 | | $8.27 | | | $56,040.59 | -$1,536.12 | $283.08 | $213.50 | $28.56 | $126.35 | $6,390.11 | Post Petition Payment |
| 05/06/19 | | | $72.09 | | | | | | $72.09 | | $56,040.59 | -$1,536.12 | $283.08 | $285.59 | $28.56 | $126.35 | $6,318.02 | trustee payment to suspense |
| 05/06/19 | | | $413.05 | | | | | | $413.05 | | $56,040.59 | -$1,536.12 | $283.08 | $698.64 | $28.56 | $126.35 | $5,904.97 | trustee payment to suspense |
| 05/22/19 | 07/01/18 | $737.00 | | $140.94 | $391.12 | $196.67 | | $8.27 | | | $55,899.65 | -$1,339.45 | $291.35 | $698.64 | $28.56 | $126.35 | $5,904.97 | Post Petition Payment |
| 06/11/19 | 08/01/18 | | $413.04 | $141.93 | $390.13 | $196.67 | | | -$315.69 | | $55,757.72 | -$1,142.78 | $291.35 | $382.95 | $28.56 | $126.35 | $5,491.93 | Pre Petition Payment |
| 06/11/19 | | | $72.10 | | | | | | $72.10 | | $55,757.72 | -$1,142.78 | $291.35 | $455.05 | $28.56 | $126.35 | $5,419.83 | trustee payment to suspense |
| 07/09/19 | | | $90.12 | | | | | | $90.12 | | $55,757.72 | -$1,142.78 | $291.35 | $545.17 | $28.56 | $126.35 | $5,329.71 | trustee payment to suspense |
| 07/09/19 | 09/01/18 | | $516.30 | $142.92 | $389.14 | $196.67 | | | -$212.43 | | $55,614.80 | -$946.11 | $291.35 | $332.74 | $28.56 | $126.35 | $4,813.41 | Pre Petition Payment |
| 07/22/19 | 10/01/18 | $737.00 | | $143.92 | $388.14 | $196.67 | | $8.27 | | | $55,470.88 | -$749.44 | $299.62 | $332.74 | $28.56 | $126.35 | $4,813.41 | Post Petition Payment |
| 08/07/19 | | | $144.19 | | | | | | $144.19 | | $55,470.88 | -$749.44 | $299.62 | $476.93 | $28.56 | $126.35 | $4,669.22 | trustee payment to suspense |
| 08/07/19 | 11/01/18 | | $826.09 | $144.92 | $387.14 | $196.67 | | | $97.36 | | $55,325.96 | -$552.77 | $299.62 | $574.29 | $28.56 | $126.35 | $3,843.13 | Pre Petition Payment |
| 08/08/19 | 12/01/18 | $737.00 | | $142.57 | $397.66 | $196.67 | | $0.10 | | | $55,183.39 | -$356.10 | $299.72 | $574.29 | $28.56 | $126.35 | $3,843.13 | Post Petition Payment |
| 08/27/19 | 01/01/19 | $737.00 | | $143.60 | $396.63 | $196.67 | | $0.10 | | | $55,039.79 | -$159.43 | $299.82 | $574.29 | $28.56 | $126.35 | $3,843.13 | Post Petition Payment |
| 10/04/19 | | | $90.12 | | | | | | $90.12 | | $55,039.79 | -$159.43 | $299.82 | $664.41 | $28.56 | $126.35 | $3,753.01 | trustee payment to suspense |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/19 | 02/01/19 | | $516.30 | $144.63 | $395.60 | $196.67 | | | -$220.60 | | $54,895.16 | $37.24 | $299.82 | $443.81 | $28.56 | $126.35 | $3,236.71 | Pre Petition Payment |
| 10/16/19 | 03/01/19 | $737.00 | | $145.67 | $394.56 | $196.67 | | $0.10 | | | $54,749.49 | $233.91 | $299.92 | $443.81 | $28.56 | $126.35 | $3,236.71 | Post Petition Payment |
| 11/05/19 | 04/01/19 | $848.00 | | $146.72 | $393.51 | $196.67 | | $111.10 | | | $54,602.77 | $430.58 | $411.02 | $443.81 | $28.56 | $126.35 | $3,236.71 | Post Petition Payment |
| 11/07/19 | | | $72.09 | | | | | | $72.09 | | $54,602.77 | $430.58 | $411.02 | $515.90 | $28.56 | $126.35 | $3,164.62 | trustee payment to suspense |
| 11/07/19 | 05/01/19 | | $413.05 | $147.77 | $392.46 | $196.67 | | | -$323.85 | | $54,455.00 | $627.25 | $411.02 | $192.05 | $28.56 | $126.35 | $2,751.57 | Pre Petition Payment |
| 11/15/19 | | | | | | -$445.16 | | | | | $54,455.00 | $182.09 | $411.02 | $192.05 | $28.56 | $126.35 | $2,751.57 | county tax |
| 11/15/19 | | | | | | -$1,721.00 | | | | | $54,455.00 | -$1,538.91 | $411.02 | $192.05 | $28.56 | $126.35 | $2,751.57 | Homeowners/Fire/Hazard Paid |
| 11/21/19 | 06/01/19 | $848.00 | | $148.83 | $391.40 | $318.56 | | -$10.79 | | | $54,306.17 | -$1,220.35 | $400.23 | $192.05 | $28.56 | $126.35 | $2,751.57 | Post Petition Payment |
| 11/22/19 | | | | | | -$944.91 | | | | | $54,306.17 | -$2,165.26 | $400.23 | $192.05 | $28.56 | $126.35 | $2,751.57 | Homeowners/Fire/Hazard Paid |
| 12/06/19 | | | $516.30 | | | | | | $516.30 | | $54,306.17 | -$2,165.26 | $400.23 | $708.35 | $28.56 | $126.35 | $2,235.27 | trustee payment to suspense |
| 12/06/19 | | | $90.12 | | | | | | $90.12 | | $54,306.17 | -$2,165.26 | $400.23 | $798.47 | $28.56 | $126.35 | $2,145.15 | trustee payment to suspense |
| 12/18/19 | | $840.00 | | | | | | $840.00 | | | $54,306.17 | -$2,165.26 | $1,240.23 | $798.47 | $28.56 | $126.35 | $2,145.15 | debtor payment to suspense |
| 12/19/19 | 07/01/19 | | | $149.90 | $390.33 | $318.56 | | -$858.79 | | | $54,156.27 | -$1,846.70 | $381.44 | $798.47 | $28.56 | $126.35 | $2,145.15 | Post Petition Payment |
| 01/10/20 | | | $826.09 | | | | | | $826.09 | | $54,156.27 | -$1,846.70 | $381.44 | $1,624.56 | $28.56 | $126.35 | $1,319.06 | trustee payment to suspense |
| 01/10/20 | | | $144.19 | | | | | | $144.19 | | $54,156.27 | -$1,846.70 | $381.44 | $1,768.75 | $28.56 | $126.35 | $1,174.87 | trustee payment to suspense |
| 01/21/20 | 08/01/19 | $848.00 | | $150.98 | $389.25 | $318.56 | | -$10.79 | | | $54,005.29 | -$1,528.14 | $370.65 | $1,768.75 | $28.56 | $126.35 | $1,174.87 | Post Petition Payment |
| 02/20/20 | 09/01/19 | $848.00 | | $152.07 | $388.16 | $318.56 | | -$10.79 | | | $53,853.22 | -$1,209.58 | $359.86 | $1,768.75 | $28.56 | $126.35 | $1,174.87 | Post Petition Payment |
| 03/13/20 | | | $90.12 | | | | | | $90.12 | | $53,853.22 | -$1,209.58 | $359.86 | $1,858.87 | $28.56 | $126.35 | $1,084.75 | trustee payment to suspense |
| 03/13/20 | | | $516.30 | | | | | | $516.30 | | $53,853.22 | -$1,209.58 | $359.86 | $2,375.17 | $28.56 | $126.35 | $568.45 | trustee payment to suspense |
| 03/19/20 | 10/01/19 | $848.00 | | $153.16 | $387.07 | $318.56 | | -$10.79 | | | $53,700.06 | -$891.02 | $349.07 | $2,375.17 | $28.56 | $126.35 | $568.45 | Post Petition Payment |
| 04/20/20 | 11/01/19 | $848.00 | | $154.26 | $385.97 | $318.56 | | -$10.79 | | | $53,545.80 | -$572.46 | $338.28 | $2,375.17 | $28.56 | $126.35 | $568.45 | Post Petition Payment |
| 04/22/20 | | | $483.98 | | | | | | $483.98 | | $53,545.80 | -$572.46 | $338.28 | $2,859.15 | $28.56 | $126.35 | $84.47 | trustee payment to suspense |
| 04/22/20 | | | $84.47 | | | | | | $84.47 | | $53,545.80 | -$572.46 | $338.28 | $2,943.62 | $28.56 | $126.35 | $0.00 | trustee payment to suspense |
| 05/12/20 | | $16.36 | | | | | | | | | $53,545.80 | -$572.46 | $338.28 | $2,943.62 | $28.56 | $126.35 | $0.00 | Underapplied not corrected on TNFC |
| 05/12/20 | | -$487.80 | | | | | | -$487.80 | $487.80 | | $53,545.80 | -$572.46 | -$149.52 | $3,431.42 | $28.56 | $126.35 | $0.00 | surplus not correcting |
| 05/12/20 | 12/01/19 | | | $162.18 | $362.55 | $318.56 | | | -$843.29 | | $53,383.62 | -$253.90 | -$149.52 | $2,588.13 | $28.56 | $126.35 | $0.00 | Pending Pmts |
| 05/12/20 | 01/01/20 | | | $163.28 | $361.45 | $318.56 | | | -$843.29 | | $53,220.34 | $64.66 | -$149.52 | $1,744.84 | $28.56 | $126.35 | $0.00 | Pending Pmts |
| 05/12/20 | 02/01/20 | | | $164.38 | $360.35 | $318.56 | | | -$843.29 | | $53,055.96 | $383.22 | -$149.52 | $901.55 | $28.56 | $126.35 | $0.00 | Pending Pmts |
| 05/12/20 | | | | | | | $28.56 | | -$28.56 | | $53,055.96 | $383.22 | -$149.52 | $872.99 | $0.00 | $126.35 | $0.00 | Pending Adj |
| 05/12/20 | | | | | | | | | | $126.35 | $53,055.96 | $383.22 | -$149.52 | $872.99 | $0.00 | $0.00 | $0.00 | Pending Adj |